IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

JESSICA MINER,

      Plaintiff,

vs.

WRIGHT NATIONAL FLOOD INSURANCE COMPANY,

      Defendant.
_____/

## COMPLAINT

Plaintiff, Jessica Miner sues Wright National Flood Insurance Company, and alleges:

1. This is an action for damages in excess of $15,000.00 plus attorney fees, costs and interest.

2. That at all times material hereto Wright National Flood Insurance Company was and is licensed to do and doing business in Duval County, Florida.

3. On September 11, 2017, Wright National Flood Insurance Company had a policy of insurance providing coverage to its insured, Jessica Miner for her property located at 3898 Dupont Circle, Jacksonville, Florida. This policy provided coverage for flood. A copy of the policy of insurance is not available to attach.

4. On September 11, 2017, Jessica Miner suffered a flood loss.

5. Jessica Miner has filed all necessary forms and performed all conditions precedent to be entitled to recover under the policy of insurance issued by the Wright National Flood Insurance Company.

6. Wright National Flood Insurance Company has refused to make full payment for the covered loss.

7. It has been necessary for Jessica Miner to retain the services of David R. Heil, P.A. and has agreed to pay a reasonable fee for his services. Jessica Miner is entitled to recover all attorney fees and costs incurred in this action.

**WHEREFORE**, Jessica Miner demands judgment against Wright National Flood Insurance Company, for damages, interest, costs and attorney fees and demands trial by jury.

/s/David R. Heil
DAVID R. HEIL, ESQUIRE
Florida Bar No. 435422
**DAVID R. HEIL, P.A.**
2324 Lee Road
Winter Park, Florida 32789
(407) 599-2100
Facsimile No. (407) 599-7733
Pleadings@heil-law.com
David@heil-law.com
Attorney for Plaintiff